# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Anthony McCall

                                 Plaintiff,

v.                                                    Case No.: 1:23−cv−04892

                                                                 Honorable Elaine E. Bucklo

Main Event Entertainment, Inc.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 18, 2025:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's unopposed motion for approval of Fair Labor Standards Act collective action settlement [51] is granted. Enter Order approving FLSA Collective Action Settlement and Order of Dismissal. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.