UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY MCCALL, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MAIN EVENT ENTERTAINMENT, INC., )<br>)<br>Defendant. ) | Case No. 1:23-cv-04892<br><br>Judge Elaine E. Bucklo |

### ORDER APPROVING FLSA COLLECTIVE ACTION SETTLEMENT AND ORDER OF DISMISSAL

Before the Court is the Unopposed Motion for Approval of Fair Labor Standards Act Collective Action Settlement, which asks the Court to approve the parties' settlement in this Fair Labor Standards Act collective action lawsuit pursuant to 29 U.S.C. § 216(b). For good cause shown, and as more fully explained below, the Motion is GRANTED.

The Court finds that the settlement terms negotiated by the parties and described in their Settlement Agreement, a copy of which was submitted to the Court, are a fair and reasonable resolution of a bona fide dispute between the Plaintiff and the Defendant. The Court further finds that the Attorney's Fees, Service Award Payment, and Expense Payment requested in the Motion and reflected in the Settlement Agreement are reasonable and are approved.

Accordingly, the Court ORDERS that both the settlement of the claims of the Plaintiff and the procedure to administer the settlement as set forth in the Settlement Agreement are approved. The Parties shall administer the settlement of the claims of the Plaintiff as set forth in the Settlement Agreement and the parties shall abide by all terms of the Settlement Agreement, which are incorporated herein, and this Order

1

IT IS FURTHER ORDERED that this case and all claims asserted in this case by the Plaintiff are DISMISSED WITH PREJUDICE, with each Party to bear its own costs, except as set forth in the Settlement Agreement.

ORDERED this  18  day of     July     , 2025

                                                           JUDGE ELAINE E. BUCKLO
                                                           UNITED STATES DISTRICT JUDGE